# ELECTRONIC RECORD

COA # 14-14-00405-CR

OFFENSE: Aggravated Robbery

STYLE: Victor Manuel Amador v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 176th District Court

DATE: July 28, 2015    Publish: No

TC CASE #:1390566

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Victor Manuel Amador v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___10/14/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___982-15___

DATE: _____

JUDGE: _____

SIGNED: _____       PC: _____

PUBLISH: _____       DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**